United States District Court
Southern District of Texas
**ENTERED**
October 05, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| SADAT KARIM,<br>"Petitioner," | §<br>§<br>§ | |
| v. | §<br>§<br>§ | Civil Action No. 1:26-cv-00202 |
| WARDEN, PORT ISABEL SERVICE PROCESSING CENTER, *et al.*<br>"Respondents," | §<br>§ | |

**ORDER**

Before the Court is Petitioner's "Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241" (Dkt. No. 1) ("Petition"), Respondent's "Motion for Summary Judgment" (Dkt. No. 7) ("MSJ"), the Magistrate Judge's Report and Recommendation to Deny Petitioner's Habeas Petition" (Dkt. No. 10) ("Report and Recommendation"), and "Petitioner's Objection to the Report and Recommendation" (Dkt. No. 11) ("Objections").

After a *de novo* review of the file, the Report & Recommendation (Dkt. No. 10) is **ADOPTED**. It is therefore **ORDERED, ADJUDGED**, and **DECREED** that Petitioner's Petition (Dkt. No. 1) is **DENIED**, and Respondent's MSJ (Dkt. No. 7) is **DENIED** as moot. The Clerk of Court is **ORDERED** to close the case.

SIGNED this October 5, 2026

Rolando Olvera
United States District Judge